[No. 42292-1-II.   Division Two.   April 9, 2013.]

*In the Matter of the Detention of* PAUL ANDREW GEIER.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-08313-1, Kathryn J. Nelson, J., entered June 14, 2011. *Affirmed* by unpublished opinion per Worwick, C.J., concurred in by Van Deren and Penoyar, JJ.

[No. 42341-3-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN JAMES DRANSFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04371-3, Linda CJ Lee, J., entered June 22, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42348-1-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY BRIAN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-01147-6, M. Karlynn Haberly, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42349-9-II.   Division Two.   April 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE PATRICK RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02278-5, Wm. Thomas McPhee, J., entered June 21, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Penoyar, J.